**Order filed May 1, 2012.**



In The

# Fourteenth Court of Appeals

———————————

## NO. 14-12-00010-CV

———————————

**EDWARD LEE ABRAM, Appellant**

**V.**

**JOHN JAMES in his Individual Capacity and BIG JOHN TRUCKING, LLC, Appellees**

**On Appeal from the 234th District Court
Harris County, Texas
Trial Court Cause No. 2011-20867**

## O R D E R

The clerk's record in this appeal was filed March 6, 2012. The official court reporter advised this court that no reporter's record was taken in this case. Therefore, appellant's brief was due **April 5, 2012.** *See* Tex. R. App. P. 38.6(a). No brief or motion for extension of time has been filed.

Unless appellant files a brief with the clerk of this court on or before **May 30, 2012**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM